AFFIDAVIT OF GABRIEL SOLIS
IN SUPPORT OF THE COLISEUM, INC.'S
SEIZED ASSET CLAIM

STATE OF TEXAS         §
                       §
CONTY OF DALLAS        §

1. My name is Gabriel Solis. My date of birth is February 14, 1958. I have never been convicted of a felony, and am competent to make this affidavit, which based on my personal knowledge.

2. I am currently employed as the manager of The Coliseum, Inc. in Austin, Texas, (the "Club") and have been so employed continuously since April, 2014, including during the Club's operations on June 5 through June 8, 2015.

3. Early on June 8, 2015, I had closed the Club, reconciled its weekend receipts. I was driving home with my wife to Dallas, where I live, and where The Club's principal office is located. At about 3:30 am, a Trooper with the Texas Department of Public Safety, Highway Patrol Division (the "DPS"), stopped me at the 9000 of IH-35 N in Austin, Texas, for driving in the left lane without passing.

4. My vehicle contained a suitcase holding $29,207.00 in U.S. Currency, more fully described in the Texas Department of Public Safety Inventory of Seized Property,[1] attached to this Affidavit as Exhibit "A-1" (the "Money" or "Property"). The Trooper asked me if I was carrying anything that the Trooper should know about, and I volunteered that I was carrying money that belonged to the Club. I showed the Trooper the money and fully cooperated with his questions. I explained that I am the manager of the Club, showed him the Club's paperwork for reconciling the weekend's receipts, and gave him an accounting of the Money. I answered additional questions of the

---

[1] Exhibit "A-1" is a true and correct copy of the Texas Department of Public Safety Inventory of Seized Property given to me by the DPS.

AFFIDAVIT OF GABRIEL SOLIS IN
SUPPORT OF THE COLISEUM, INC.'S
SEIZED ASSET CLAIM—Page 1                    **EXHIBIT "A"**

5. I have worked for the owner of the Club at this and other locations for over 20 years. Since 1999, we have typically always transported the receipts back to the principal office in Dallas for deposit.

6. I am personally aware of the Club's operations and how the cash from parking, cover charges at the door, and beverage sales is collected from the registers at the end of each night and brought to me. It usually consists of larger bills with which customers pay. I then verify that each register balances with its register tape and oversee other measures to verify that beverage sales each night are accurate. Miscellaneous expenses, such as payment to the live music acts that appear, are paid and deducted. Using a money counter, I personally counted the Money and placed it in the three bank banks that were seized by the DPS. The Money is the result of the Club's normal operations as a night club and is owned by the Club.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __20__, 2016.

_____
GABRIEL SOLIS

Subscribed and sworn to before me ~~on January~~ 20, 2016, by Gabriel Solis.

_____
Notary Public in and
for the State of Texas

[SEAL]

ROBIN V. RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 11-18-2019
Notary ID 130444857

AFFIDAVIT OF GABRIEL SOLIS
IN SUPPORT OF THE COLISEUM, INC.'S
SEIZED ASSET CLAIM—Page 2                                              **EXHIBIT "A"**

# EXHIBIT "A-1"

# INVENTORY OF SEIZED PROPERTY

**Name** Grabiel Gonzalez Soliz  **DOB:** 02/14/1958        **Address of Seizure** 9000 IH-35 N
(Owner or Person in Charge)

**City/Location of Seizure** Austin        **County of Seizure** Travis        **Date** 6/08/2015

**Inventoried by** Wade Schooley, Trooper II   **ID#** 12640        **Region/Division** DPS Highway Patrol

**Seizing Officer** Ramiro Saldivar, CID Agent   **ID#** 11899        **Agency** DPS CID

**Witness** Benji Carlson, CID Agent   **ID#** 10371

All property, items, and/or contraband seized pursuant to a Search Warrant, Consent to Search, or Incident to Arrest shall be inventoried in accordance to 18.06, subsection (b) of the Code of Criminal Procedure as amended, Chapter 59 of the Penal Code, and as outlined in Chapter 24 of the DPS General Manual.

| ITEM # | DESCRIPTION OF ITEM | LOCATION FOUND | TIME | LOCATED BY / PHOTOGRAPHED BY | FORFEITURE TYPE (check box if applicable) |
|---|---|---|---|---|---|
| .001 | U.S. Currency Approx. $12,315 (According to tape receipt) | Inside a First Commercial National Bank zipper bag #117 | 9:00 AM | W. Schooley / R. Saldivar | ☒ Federal ☐ Chapter 59 ☐ Other ☒ Evidence |
| .002 | U.S. Currency Approx. $16,590 (According to the tape receipt) | Inside a First Commercial National Bank zipper bag #117 | 9:00 AM | W. Schooley / R. Saldivar | ☒ Federal ☐ Chapter 59 ☐ Other ☒ Evidence |
| .003 | U.S. Currency Total $302 (Loose cash) | Inside a First Commercial National Bank zipper bag #117 | 9:00 AM | W. Schooley / R. Saldivar | ☒ Federal ☐ Chapter 59 ☐ Other ☒ Evidence |
| | | | | | ☐ Federal ☐ Chapter 59 ☐ Other ☐ Evidence |
| | | | | | ☐ Federal ☐ Chapter 59 ☐ Other ☐ Evidence |
| | | | | | ☐ Federal ☐ Chapter 59 ☐ Other ☐ Evidence |
| | | | | | ☐ Federal ☐ Chapter 59 ☐ Other ☐ Evidence |
| | | | | | ☐ Federal ☐ Chapter 59 ☐ Other ☐ Evidence |

Receipt: I certify that I, Grabiel Gonzalez Soliz DOB: 02/14/1958, have received a copy of this inventory.

☐ Copy of the inventory left at the location of the search.

*[signature]*

HQ-109A (Rev. 11/10)        Page ___ of ___