# SEIZED ASSET CLAIM

Claimant:           The Coliseum, Inc.
Seized from:        Gabriel Solis
Date of seizure:    June 8, 2015
Seizing agency:     Texas Department of Public Safety—Highway Patrol Division
Location of seizure: 9000 IH-35 N, Austin, Texas

## PART I—PROPERTY

Claimant claims an interest in $29,207.00 in U.S. Currency, more fully described in the Texas Department of Public Safety Inventory of Seized Property, attached to this Claim as Exhibit "A-1."

## PART II—INTEREST IN THE PROPERTY

Attached to this Claim as Exhibit "A" is the Affidavit of Gabriel Solis describing Claimant's interest in the Property.

## PART III—ATTESTATION AND OATH

I attest and declare under penalty of perjury that The Coliseum, Inc.'s claim to this Property is not frivolous and that the information provided in support of this claim is true and correct, to the best of my knowledge and belief.

_Gabriela Rosales_                    01-22-2016
Name (Print)                          Date

_[signature]_
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 USC § 1001 AND/OR

1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

EXHIBIT 1